UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN EMPLOYERS' INSURANCE COMPANY, as subrogee of College Book Stores of America<br>One Beacon Street<br>Boston, MA 02108 | :<br>:<br>:<br>:<br>: | **Civil Action No. 05-63** |
| Plaintiff, | :<br>: | |
| v. | : | **JURY TRIAL DEMANDED** |
| T.A. RIETDORF & SONS, INC.<br>P.O. Box 1528<br>Wilmington, DE 19899 | :<br>:<br>:<br>: | |
| Defendant. | : | |

## ORDER

AND NOW, this _____ day of _____, 2005, the Court having considered the Defendant's Motion to Dismiss, IT IS HEREBY ORDERED that Defendant's Motion to Dismiss is granted.

_____
**J.**