## CERTIFICATE OF SERVICE

     I, DAVID L. BAUMBERGER, ESQUIRE, hereby certify that on this 12th day of May 2005 I have sent via Electronic Filing with the District Court a true and correct copies of the foregoing Defendant's Motion to Dismiss to the following person(s):

Sean Bellew, Esquire
Cozen O'Connor
Chase Manhattan Centre
1201 N. Market Street, Suite 1400
Wilmington, DE  19801

Peter G. Rossi, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103

                                 **CHRISSINGER & BAUMBERGER**

                                 **/s/ David L. Baumberger**
                                 **DAVID L. BAUMBERGER, ESQUIRE**
                                 Attorney I.D. No. 2420
                                 Three Mill Road, Suite 301
                                 Wilmington, DE 19806
                                 (302) 777-0100
                                 Attorney for Defendant