IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN EMPLOYERS' INSURANCE COMPANY, as subrogee of College Book Stores of America<br>One Beacon Street<br>Boston, MA 02108<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>T.A. RIETDORF & SONS, INC.<br>P.O. Box 1528<br>Wilmington, DE  19899<br><br>　　　　　Defendant. | :<br>:<br>:  C.A. No. 05-63<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

It is hereby ORDERED that based on Plaintiff's Joint Motion and Stipulation for Extension of Time in Which to Respond to Defendant's Motion to Dismiss, it is hereby granted Plaintiff shall have through and including May 31, 2005 to respond to Defendant's Motion to Dismiss.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　J.