# CERTIFICATE OF SERVICE

I, David A. Felice, do hereby certify that on May 20, 2005, true and correct copies of the foregoing were caused to be served upon counsel of record at the following addresses as indicated:

**Via First Class Mail**
David L. Baumberger
Chrissinger & Baumberger
3 Mill Road, Suite 301
Wilmington, DE 19806

**Via First Class Mail**
Edward A. Jaeger, Jr. Esquire
White and Williams
1800 One Liberty Place
Philadelphia, PA 19103-7395

**Via First Class Mail**
William H. Resch, Esquire
Marshall, Dennehey, Warner,
  Coleman and Goggin
620 West Germantown Pike, Suite 350
Plymouth Meeting, PA 19462-1056

David A. Felice (#4090)

WILM1\30476\1 123111.000