UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN EMPLOYERS' INSURANCE COMPANY, as subrogee of College Book Stores of America, | : : : : Civil Action No. 04-178 |
| Plaintiff, | : : |
| v. | : TRIAL BY JURY OF TWELVE : DEMANDED |
| UNITED DOMINION INDUSTRIES, INC., THE MARLEY CORPORATION and MARLEY ENGINEERED PRODUCTS, SPX CORPORATION AND MARLEY CORPORATION, | : : : : : |
| Defendants/Third-Party Plaintiffs, | : : |
| v. | : : |
| T.A. RIETDORF & SONS, INC., | : : |
| Third-Party Defendant. | : |

## NOTICE OF SERVICE

I, DAVID L. BAUMBERGER, ESQUIRE, hereby certify that on this 31st day of May, 2005, I have had deposited in the mailbox at Three Mill Road, Wilmington, Delaware, two true and correct copies of the following document(s):

**Third Party Defendant's Supplemental Answers to Plaintiff's Interrogatories**

**DIRECTED TO:**

Kevin J. Connors, Esquire
Marshall, Dennehey, Warner,
    Coleman & Goggin
1220 N. Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE  19899-8888

Frank E. Noyes, II, Esquire
White & Williams, LLP
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19899-0709

| | |
|---|---|
| Peter G. Rossi, Esquire<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA  19103-3508 | White & Williams, LLP<br>1800 One Liberty Place<br>Philadelphia, PA  19103 |
| Hayes A. Hunt, Esquire<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA  19103-3508 | William H. Resch, Jr., Esquire<br>Marshall, Dennehey, Warner,<br>    Coleman & Goggin<br>620 West Germantown Pike, Suite 350 |
| Edward Jaeger, Jr., Esquire | Plymouth Meeting, PA  19462 |

CHRISSINGER & BAUMBERGER

/s/David L. Baumberger
DAVID L. BAUMBERGER, ESQUIRE (#2420)
Three Mill Road, Suite 301
Wilmington, DE  19806
(302) 777-0100
Attorney for Third Party Defendant