IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN EMPLOYERS' INSURANCE COMPANY, as subrogee of College Book Stores of America<br>One Beacon Street<br>Boston, MA 02108<br><br>           Plaintiff,<br><br>    v.<br><br>T.A. RIETDORF & SONS, INC.<br>P.O. Box 1528<br>Wilmington, DE 19899<br><br>           Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>: C.A. No. 05-063-SLR<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

AND NOW, this _____ day of _____, 2005, upon consideration of the defendant T.A. Rietdorf's and Sons, Inc.'s Motion to Dismiss and the Response in Opposition and accompanying Memorandum of Law of American Employers' Insurance Company as subrogee of College Bookstores of America. It is hereby ORDERED that T.A.. Rietdorf & Sons, Inc.'s Motion to Dismiss is hereby DENIED.

                                            _____
                                            United States District Judge