# EXHIBIT C

Case 1:05-cv-00063-SLR    Document 9-4    Filed 05/31/2005    Page 1 of 2

**Rossi, Peter G.**

| | |
|---|---|
| From: | Guidotti, Claire |
| Sent: | Friday, January 14, 2005 10:12 AM |
| To: | 'David.baumberger@libertymutual.com' |
| Cc: | Rossi, Peter G.; 'kconnors@mdwcg.com'; 'hresch@mdwg.com'; 'JAEGERE@whiteandwilliams.com' |
| Subject: | Attached Files FROM PETER G. ROSSI |

14(a) Memo of   14a             14(a)
w_v1.DOC (67 K  ion_v1.DOC (48  aint_v1.DOC (67
        e                               American Employers' Insurance Company
     as subrogee of College Book Stores of America

Attached please find the revised Rule 14(a) Motion, Complaint, and Memorandum of Law. Please respond within five (5) days.

1