## CERTIFICATE OF SERVICE

I, David A. Felice, do hereby certify that on May 31, 2005, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

> David L. Baumberger
> Chrissinger & Baumberger
> Three Mill Road, Suite 301
> Wilmington, DE 19806

> /s/ David A. Felice
> David A. Felice (#4090)
> Cozen O'Connor
> 1201 North Market Street, Suite 1400
> Wilmington, DE 19801
> Telephone: (302) 295-2000
> Facsimile: (302) 295-2013
> E-mail: dfelice@cozen.com