

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
LAS VEGAS
LONDON
LOS ANGELES

## COZEN
## O'CONNOR
ATTORNEYS

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
WASHINGTON, DC
WEST CONSHOHOCKEN
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 1400    CHASE MANHATTAN CENTRE    1201 NORTH MARKET STREET    WILMINGTON, DE 19801-1147
302.295.2000    888.207.2440    302.295.2013 FAX    www.cozen.com

June 1, 2005

**David A. Felice**
Direct Phone 302.295.2011
Direct Fax   866.776.8911
dfelice@cozen.com

*Via ECF*
Dr. Peter T. Dalleo
Clerk of the U.S. District Court
District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

Re:    *American Employers Insurance Company v. T.A. Rietdorf & Sons, Inc.*
       C.A. No. 05-063-SLR

Dear Dr. Dalleo:

I write concerning Plaintiff's inadvertent mislabeling of three exhibits attached to Plaintiff's Memorandum of Law in Opposition to Defendant T.A. Rietdorf and Sons, Inc.'s Motion to Dismiss. While the links on ECF are correct, the cover pages to Exhibits A, B and D are mislabeled. Please disregard those cover pages as the documents that follow the cover pages are indeed the correct exhibits. I will electronically submit corrected exhibits to chambers to remedy this error.

Thank you for your consideration of this matter. As always, should you have any questions or concerns about this matter, counsel is available at your convenience.

Respectfully,

David A. Felice

DAF/sjr
cc:    David L. Baumberger, Esquire (*via ECF*)

WILM1\30613\1 123111.000