UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **AMERICAN EMPLOYERS' INSURANCE COMPANY,** as subrogee of College Book Stores of America, | : : : : | Civil Action No. 04-178 |
| Plaintiff, | : : | |
| v. | : : | **TRIAL BY JURY OF TWELVE DEMANDED** |
| **UNITED DOMINION INDUSTRIES, INC., THE MARLEY CORPORATION and MARLEY ENGINEERED PRODUCTS, SPX CORPORATION AND MARLEY CORPORATION,** | : : : : : | |
| Defendants/Third-Party Plaintiffs, | : : | |
| v. | : : | |
| **T.A. RIETDORF & SONS, INC.,** | : : | |
| Third-Party Defendant. | : | |

## NOTICE OF WITHDRAWAL OF MOTION

Defendant, T. A Reitdorf, hereby voluntarily withdraws its pending Motion to Dismiss in favor of filing an answer to the complaint and consolidating the matter with the pending action C.A. No. 04-178. Accordingly, the matter may be removed from the Court's docket.

                                                           CHRISSINGER & BAUMBERGER

                                                           /s/David L. Baumberger
                                                           DAVID L. BAUMBERGER, #2420
                                                           Three Mill Road, Suite 301
                                                           Wilmington, DE  19806
                                                           (302) 777-0100

DATED:  June 7, 2005                      Attorney for Third-Party Defendant