## **CERTIFICATE OF SERVICE**

I, DAVID L. BAUMBERGER, ESQUIRE, hereby certify that on this 7th day of June 2005, I have had served via electronic mail a true and correct copies of the following document(s):

**Notice of Withdrawal of Motion**

**DIRECTED TO:**

Peter G. Rossi, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103-3508

Frank E. Noyes, II, Esquire
White & Williams, LLP
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19899-0709

Kevin J. Connors, Esquire
Marshall, Dennehey, Warner,
     Coleman & Goggin
1220 N. Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE  19899-8888

Edward Jaeger, Jr., Esquire
White & Williams, LLP
1800 One Liberty Place
Philadelphia, PA  19103

William H. Resch, Jr., Esquire
Marshall, Dennehey, Warner,
     Coleman & Goggin
620 W. Germantown Pike, Suite 350
Plymouth Meeting, PA  19462

CHRISSINGER & BAUMBERGER

/s/David L. Baumberger
DAVID L. BAUMBERGER, ESQUIRE
Attorney ID No. 2420
Three Mill Road, Suite 301
Wilmington, DE  19806
(302) 777-0100
Attorney for Third Party Defendant